IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
MACON DIVISION

| | | |
|---|---|---|
| BIANCA WEBBER, | * | |
| Plaintiff, | * | |
| v. | | Case No. 5:26-cv-321 (MTT) |
| | * | |
| LEE ANNE BENNETT, et al., | | |
| | * | |
| Defendants. | * | |

**JUDGMENT**

Pursuant to this Court's Order dated August 5, 2026, and for the reasons stated therein, JUDGMENT is hereby entered dismissing this case. Plaintiff shall recover nothing of Defendant.

This 5th day of August, 2026.

David W. Bunt, Clerk

s/ Kami D. Seward, Deputy Clerk